DAVID TOWBIN et al., respondents,

*v.*

BELLA PIERRO et al., appellants.

[Decided February 1st, 1926.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Bentley, whose opinion is reported in *97 N. J. Eq. 258.*

*Messrs. Eichmann & Seiden,* for the respondents.

*Mr. David H. Stemer,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bentley.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ.  15.

*For reversal*—None.